# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JULIAN NGUYEN,**

       **Petitioner,**

v.                                            **CASE NO. 3:10-cv-107-RS-EMT**

**KENNETH S. TUCKER,**

       **Respondent.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 21), and Petitioner's Objections (Doc. 24). I have considered the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on May 30, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**